The CHARLES SCHWAB CORPORATION and Includable Subsidiaries, Petitioner–Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 97–70917.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 1998.

Decided Dec. 9, 1998.

Glen A. Smith, Heller, Ehrman, White & McAuliffe, San Francisco, California, for the petitioner-appellant.

Paula K. Speck, United States Department of Justice, Washington, DC, for the respondent-appellee.

Before: ALARCON, O'SCANNLAIN and FERNANDEZ, Circuit Judges.

## ORDER

We adopt the reasoning of the Tax Court in *Charles Schwab Corp. v. Commissioner of Internal Revenue,* 107 T.C. 282, 1996 WL 659390 (1996), and AFFIRM its opinion.